**DISMISS and Opinion Filed April 15, 2024**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-24-00291-CV**
_____

**ROSSANA SMITH AND CHRIS SMITH, Appellants**

**V.**

**JEFFERY R. LINSCOTT, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 107932-86**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellants' April 12, 2024 motion to dismiss the appeal

based on settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240291F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROSSANA SMITH AND CHRIS
SMITH, Appellants

No. 05-24-00291-CV     V.

JEFFERY R. LINSCOTT, Appellee

On Appeal from the 86th Judicial
District Court, Kaufman County,
Texas
Trial Court Cause No. 107932-86.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Jeffery R. Linscott recover his costs, if any, of this appeal from appellants Rossana Smith and Chris Smith.

Judgment entered April 15, 2024